**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK ELLIOTT FREEMAN,

     Plaintiff,

               v.                         Civil Action No.  11-1046 (JEB)

HUGO CHARVIS, et al.,

     Defendants.

## MEMORANDUM OPINION

On or around June 6, 2011, Plaintiff Mark Freeman filed an incomprehensible Complaint naming scores of Defendants and mentioning everything from his New Jersey high school records to his decision to decline matching funds when running for President of the United States to a settlement conference in the Virgin Islands.  Defendant Todd Newman filed a Motion to Dismiss on August 15, 2011, and the Court that same day directed Plaintiff to respond by September 14, 2011, or face the risk that the case would be dismissed.  Plaintiff has yet to respond to Newman's Motion.

Although Defendant raises many compelling arguments as to the deficiency of Plaintiff's Complaint, the Court need not address them.  Instead, the Court will, as with Defendant Bryant's Motion to Dismiss, by separate Order this day, find that Plaintiff has conceded the Motion under LCvR 7(b), thereby resulting in dismissal.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 23, 2011